UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Maria A. Ferreira

Case No.: 17-27418
Chapter: 7
Judge: SLM

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____October 31, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  823 East Henry Street
Linden, NJ  07036

Fair Market Value: 222,500

Liens on property:  Subject to a first mortgage held by Select Portfolio Servicing on which there is due approximately $248,500.

Amount of equity claimed as exempt:  $23,675

Objections must be served on, and requests for additional information directed to:

Name:  Eric R. Perkins, Trustee
Address:  40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.:  (201) 493-3734

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:
Maria A. Ferreira
    Debtor

Case No. 17-27418-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Sep 28, 2017
                           Form ID: pdf905    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.
```
db             +Maria A. Ferreira,    823 East Henry St.,    Linden, NJ 07036-2133
517033328     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
517033330      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517033331       Amex,    P.O. Box 1270,    Newark, NJ 07101-1270
517033334     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517046875      +BMW Bank of North America Department,    Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
517033333      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517033339     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517033337      +Cap1/bstby,    P.O. Box 790441,    Saint Louis, MO 63179-0441
517033338      +Cap1/justice,    Po Box 30253,    Salt Lake City, UT 84130-0253
517033340      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
517033341      +Comenity Bank/express,    Po Box 182789,    Columbus, OH 43218-2789
517033342      +Comenity Bank/nwyrk&co,    220 W Schrock Rd,    Westerville, OH 43081-2873
517033343      +Comenity Capital/hsn,    995 W 122nd Ave,    Westminster, CO 80234-3417
517033344      +Comenitybk/victoriasec,    Po Box 182789,    Columbus, OH 43218-2789
517033348      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517033349      +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033363      +PayPal Credit,    P.O. Box 5018,    Lutherville Timonium, MD 21094-5018
517033364       Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517033365       Summit Medical Group, P.A.,    P.O. Box 8549X,    Belfast, ME 04915-8549
517033368      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2017 22:48:47     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2017 22:48:44      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 22:45:05
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517033332      +E-mail/Text: bk@avant.com Sep 28 2017 22:49:24      Avant Inc,   640 N Lasalle St,
                Chicago, IL 60654-3731
517033336       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 28 2017 22:45:26      Bmw Financial Services,
                5515 Parkcenter Cir,    Dublin, OH 43017
517033345      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 28 2017 22:45:27      Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
517033346      +E-mail/Text: mrdiscen@discover.com Sep 28 2017 22:48:06      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
517033361      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 28 2017 22:48:13      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517033362      +E-mail/Text: bk@lendingclub.com Sep 28 2017 22:49:16      Lending Club Corp,   71 Stevenson,
                San Francisco, CA 94105-2985
517033364       E-mail/Text: jennifer.chacon@spservicing.com Sep 28 2017 22:49:42
                Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517033366      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 22:45:05      Syncb/bp,   Po Box 965024,
                Orlando, FL 32896-5024
517033367      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 22:45:05      Syncb/qvc,   Po Box 965018,
                Orlando, FL 32896-5018
517036449      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 22:45:22      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +BMW Bank of North America Department,    Ascension Capital Group,    PO Box 165028,
                Irving, TX 75016-5028
517033329*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
517033335*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517033347*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
517033350*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033351*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033352*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033353*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033354*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033355*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033356*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033357*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033358*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033359*     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2017
                               Form ID: pdf905          Total Noticed: 33

             ***** BYPASSED RECIPIENTS (continued) *****
517033360*     +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
                                                                                            TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates,
               Series 2006-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Herman L Alarcon    on behalf of Debtor Maria A. Ferreira AlarconLaw@gmail.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```