UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036



**Order Filed on October 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**MARIA A. FERREIRA
a/k/a MARIA FERREIRA
a/k/a MARIA ALTAGRACIA FERREIRA,**
                        **Debtor**

Case No.: 17-27418-VFP


Judge: Vincent F. Papalia


# ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 23, 2017**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

2

| | |
|---|---|
| Debtor(s): | Maria A. Ferreira |
| Case No.: | 17-27418-VFP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of BMW Bank of North America's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:

**2014 BMW 3 Series Sedan 4D 335xi AWD I6 Tur
V.I.N. WBA3B9G54ENR92387**