UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036



**Order Filed on October 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**MARIA A. FERREIRA**
a/k/a MARIA FERREIRA
a/k/a MARIA ALTAGRACIA FERREIRA,
                    **Debtor**

Case No.: 17-27418-VFP

Judge: Vincent F. Papalia

# ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: October 23, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

2

| | |
|---|---|
| Debtor(s): | Maria A. Ferreira |
| Case No.: | 17-27418-VFP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of BMW Bank of North America's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:

**2014 BMW 3 Series Sedan 4D 335xi AWD I6 Tur**
**V.I.N. WBA3B9G54ENR92387**

United States Bankruptcy Court
District of New Jersey

In re:
Maria A. Ferreira
    Debtor

Case No. 17-27418-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 23, 2017
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.
db          +Maria A. Ferreira,    823 East Henry St.,    Linden, NJ 07036-2133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com
           Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com, nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
           Herman L Alarcon    on behalf of Debtor Maria A. Ferreira AlarconLaw@gmail.com
           Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                TOTAL: 6