**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maria A. Ferreira | Social Security number or ITIN   xxx–xx–2580 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  17–27418–VFP

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria A. Ferreira
aka Maria Ferreira, aka Maria Altagracia Ferreira

11/28/17

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-27418-VFP
Maria A. Ferreira                                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Nov 28, 2017
                             Form ID: 318          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db            +Maria A. Ferreira,    823 East Henry St.,    Linden, NJ 07036-2133
517033328     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
517046875     +BMW Bank of North America Department,    Ascension Capital Group,    P.O. Box 165028,
               Irving, TX 75016-5028
517033337     +Cap1/bstby,    P.O. Box 790441,    Saint Louis, MO 63179-0441
517033338     +Cap1/justice,    Po Box 30253,    Salt Lake City, UT 84130-0253
517033340     +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
517033344     +Comenitybk/victoriasec,    Po Box 182789,    Columbus, OH 43218-2789
517033349     +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033363     +PayPal Credit,    P.O. Box 5018,    Lutherville Timonium, MD 21094-5018
517033365      Summit Medical Group, P.A.,    P.O. Box 8549X,    Belfast, ME 04915-8549


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2017 23:06:51     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2017 23:06:47     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Nov 28 2017 22:43:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
517033331      EDI: AMEREXPR.COM Nov 28 2017 22:43:00     Amex,    P.O. Box 1270,    Newark, NJ 07101-1270
517033330     +EDI: AMEREXPR.COM Nov 28 2017 22:43:00     Amex,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
517033332     +E-mail/Text: bk@avant.com Nov 28 2017 23:07:26     Avant Inc,    640 N Lasalle St,
               Chicago, IL 60654-3731
517033334      EDI: BANKAMER.COM Nov 28 2017 22:43:00     Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
517033336      EDI: BMW.COM Nov 28 2017 22:43:00     Bmw Financial Services,    5515 Parkcenter Cir,
               Dublin, OH 43017
517033333     +EDI: TSYS2.COM Nov 28 2017 22:43:00     Barclays Bank Delaware,    Po Box 8803,
               Wilmington, DE 19899-8803
517033339      EDI: CAPITALONE.COM Nov 28 2017 22:43:00     Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
517033341     +EDI: WFNNB.COM Nov 28 2017 22:43:00     Comenity Bank/express,    Po Box 182789,
               Columbus, OH 43218-2789
517033342     +EDI: WFNNB.COM Nov 28 2017 22:43:00     Comenity Bank/nwyrk&co,    220 W Schrock Rd,
               Westerville, OH 43081-2873
517033343     +EDI: WFNNB.COM Nov 28 2017 22:43:00     Comenity Capital/hsn,    995 W 122nd Ave,
               Westminster, CO 80234-3417
517033345     +EDI: RCSFNBMARIN.COM Nov 28 2017 22:43:00     Credit One Bank Na,    Po Box 98872,
               Las Vegas, NV 89193-8872
517033346     +EDI: DISCOVER.COM Nov 28 2017 22:43:00     Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
517033348     +EDI: TSYS2.COM Nov 28 2017 22:43:00     Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517033361     +EDI: CBSKOHLS.COM Nov 28 2017 22:43:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
517033362     +E-mail/Text: bk@lendingclub.com Nov 28 2017 23:07:17     Lending Club Corp,    71 Stevenson,
               San Francisco, CA 94105-2985
517033364      E-mail/Text: jennifer.chacon@spservicing.com Nov 28 2017 23:07:54
               Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517033366     +EDI: RMSC.COM Nov 28 2017 22:43:00     Syncb/bp,    Po Box 965024,    Orlando, FL 32896-5024
517033367     +EDI: RMSC.COM Nov 28 2017 22:43:00     Syncb/qvc,    Po Box 965018,    Orlando, FL 32896-5018
517036449     +EDI: RMSC.COM Nov 28 2017 22:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517033368     +EDI: WTRRNBANK.COM Nov 28 2017 22:43:00     Td Bank Usa/targetcred,    Po Box 673,
               Minneapolis, MN 55440-0673
                                                                                TOTAL: 23


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +BMW Bank of North America Department,    Ascension Capital Group,    PO Box 165028,
               Irving, TX 75016-5028
517033329*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
517033335*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517033347*    +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
517033350*    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033351*    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033352*    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033353*    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033354*    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033355*    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033356*    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
517033357*    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Nov 28, 2017
                             Form ID: 318              Total Noticed: 33


          ***** BYPASSED RECIPIENTS (continued) *****
517033358*     +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
517033359*     +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
517033360*     +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
                                                                          TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates,
           Series 2006-6 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,  slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          Herman L Alarcon    on behalf of Debtor Maria A. Ferreira AlarconLaw@gmail.com
          Jason Brett Schwartz   on behalf of Creditor   BMW Bank of North America
           jschwartz@mesterschwartz.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6
```